# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

SCOTT EDWARD MCMANNES,

        Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
CAPITAL COMMUNITY BANK,
GOLDMAN SACHS BANK USA,
JPMORGAN CHASE BANK, N.A.,
PROCOLLECT, INC., and WELLS
FARGO BANK, N.A.,

        Defendants.

CASE NO. 3:24-cv-00752-WWB-LLL

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PROCOLLECT, INC.,

COMES NOW Plaintiff, SCOTT EDWARD MCMANNES, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, Procollect, Inc. ("Procollect"). Defendant, Procollect, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 28th day of August 2024.

**/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Chris@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of August 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers
*Attorney for Plaintiff*