# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT EDWARD MCMANNES,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL COMMUNITY BANK, GOLDMAN SACHS BANK USA, JPMORGAN CHASE BANK, N.A., PROCOLLECT, INC., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO. 3:24-cv-00752-WWB-LLL |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC and WELLS FARGO BANK, N.A.,

COMES NOW Plaintiff, SCOTT EDWARD MCMANNES, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC and WELLS FARGO BANK, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 28th day of August 2024.

**/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers PLLC

        501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Chris@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of August 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers
*Attorney for Plaintiff*