# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SCOTT EDWARD MCMANNES,

        Plaintiff,

v.                                               Case No.: 3:24-cv-752-WWB-LLL

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, CAPITAL COMMUNITY BANK,
GOLDMAN SACHS BANK USA,
JPMORGAN CHASE BANK, N.A.,
PROCOLLECT, INC. and WELLS
FARGO BANK, N.A.,

        Defendants.
_____/

## ORDER

    The Court has been advised by the Notice of Settlement that the above-styled action has been completely settled as to Defendant Trans Union LLC. (Doc. 36 at 1).

    Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Trans Union LLC are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Trans Union LLC as a Defendant in the above-styled action and amend the case style accordingly.

    **DONE AND ORDERED** in Jacksonville, Florida on August 28, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record