UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT EDWARD MCMANNES,

    Plaintiff,

v.                           Case No.: 3:24-cv-752-WWB-LLL

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., CAPITAL
COMMUNITY BANK, GOLDMAN
SACHS BANK USA, JPMORGAN
CHASE BANK, N.A., PROCOLLECT,
INC. and WELLS FARGO BANK, N.A.,

    Defendants.
_____/

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendants Equifax Information Services LLC and Wells Fargo Bank, N.A. (Doc. 39 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Equifax Information Services LLC and Wells Fargo Bank, N.A. are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. Wells Fargo Bank, N.A.'s Motion for Judicial Notice (Doc. 26) and Motion to Dismiss (Doc. 34) are **DENIED as moot**. The Clerk is directed to terminate Equifax Information Services LLC and Wells Fargo Bank, N.A.as Defendants in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on August 29, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record