**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SCOTT EDWARD MCMANNES,

    Plaintiff,

v.                                        Case No.: 3:24-cv-752-WWB-LLL

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CAPITAL COMMUNITY BANK, GOLDMAN SACHS BANK USA, JPMORGAN CHASE BANK, N.A., PROCOLLECT, INC. and WELLS FARGO BANK, N.A.,

    Defendants.

## ORDER

    THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Procollect, Inc. (Doc. 38). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate Procollect, Inc. as a Defendant in this matter and amend the case style accordingly.

    **DONE AND ORDERED** at Jacksonville, Florida on August 29, 2024.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record