# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SCOTT EDWARD MCMANNES,

      Plaintiff,

v.                                                Case No.: 3:24-cv-752-WWB-LLL

EXPERIAN INFORMATION
SOLUTIONS, INC., CAPITAL
COMMUNITY BANK, GOLDMAN
SACHS BANK USA and JPMORGAN
CHASE BANK, N.A.,

      Defendants.
_____/

## ORDER

      The Court has been advised by Plaintiff Notice of Settlement that the above-styled action has been completely settled as to Defendant Capital Community Bank. (Doc. 43 at 1).

      Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Capital Community Bank are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Capital Community Bank as a Defendant in the above-styled action and amend the case style accordingly.

      **DONE AND ORDERED** in Jacksonville, Florida on September 17, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record