# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SCOTT EDWARD MCMANNES,

    Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL COMMUNITY BANK, GOLDMAN SACHS BANK USA, JPMORGAN CHASE BANK, N.A., PROCOLLECT, INC., and WELLS FARGO BANK, N.A.,

    Defendants.

CASE NO. 3:24-cv-00752-WWB-LLL

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, SCOTT EDWARD MCMANNES, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of September 2024.

                                                        **/s/ Christopher W. Legg**
                                                        Christopher W. Legg
                                                        Florida Bar No.: 0044460
                                                        The Consumer Lawyers PLLC
                                                        501 E. Kennedy Blvd, Suite 610
                                                        Tampa, FL 33602

Cell: (813) 299-8537
Facsimile: (844) 951-3933
Chris@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 26th day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers
*Attorney for Plaintiff*