## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SCOTT EDWARD MCMANNES,

                Plaintiff,

v.                                         Case No.: 3:24-cv-752-WWB-LLL

EXPERIAN INFORMATION
SOLUTIONS, INC., GOLDMAN SACHS
BANK USA and JPMORGAN CHASE
BANK, N.A.,

                Defendants.

_____/

## <u>ORDER</u>

The Court has been advised by the Notice of Settlement as to Defendant Experian Information Solutions, Inc. that the above-styled action has been completely settled as to said Defendant.  (Doc. 49 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Experian Information Solutions, Inc. are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to terminate Experian Information Solutions, Inc. as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on September 30, 2024.

_____

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record