# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT EDWARD MCMANNES,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL COMMUNITY BANK, GOLDMAN SACHS BANK USA, JPMORGAN CHASE BANK, N.A., PROCOLLECT, INC., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO. 3:24-cv-00752-WWB-LLL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC,

COMES NOW Plaintiff, SCOTT EDWARD MCMANNES, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, TRANS UNION LLC ("Trans Union"). Defendant, Trans Union, has neither filed an answer to the Complaint nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 30th day of September 2024.

/s/ Christopher W. Legg
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

Tampa, FL 33602<br>
Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Chris@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 30th day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

<b><u>/s/ Christopher W. Legg</u></b><br>
Christopher W. Legg<br>
Florida Bar No.: 0044460<br>
The Consumer Lawyers<br>
<i>Attorney for Plaintiff</i>

2