**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SCOTT EDWARD MCMANNES,

  Plaintiff,

v.                                     CASE NO.: 3:24-cv-00752-WWB-LLL

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL COMMUNITY BANK, GOLDMAN SACHS BANK USA, JPMORGAN CHASE BANK, N.A., PROCOLLECT, INC., and WELLS FARGO BANK, N.A.,

  Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.

COMES NOW Plaintiff, SCOTT EDWARD MCMANNES, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, JPMORGAN CHASE BANK, N.A. have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 23rd day of October 2024.

**/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Chris@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers
*Attorney for Plaintiff*