**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SCOTT EDWARD MCMANNES,

        Plaintiff,

v.                                                    Case No.: 3:24-cv-752-WWB-LLL

GOLDMAN SACHS BANK USA and
JPMORGAN CHASE BANK, N.A.,

        Defendants.
_____/

## **ORDER**

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendant JPMorgan Chase Bank, N.A. (Doc. 56 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against JPMorgan Chase Bank, N.A. are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate JPMorgan Chase Bank, N.A. as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on October 23, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record