**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SCOTT EDWARD MCMANNES,

  Plaintiff,

v.                                        CASE NO.: 3:24-cv-00752-WWB-LLL

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL COMMUNITY BANK, GOLDMAN SACHS BANK USA, JPMORGAN CHASE BANK, N.A., PROCOLLECT, INC., and WELLS FARGO BANK, N.A.,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO GOLDMAN SACHS BANK USA.

COMES NOW Plaintiff, SCOTT EDWARD MCMANNES, and Defendant, GOLDMAN SACHS BANK USA, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, GOLDMAN SACHS BANK USA, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 18th day of November 2024.

1

Respectfully submitted,

**/s/ Christopher W. Legg**
Christopher W. Legg
Florida Bar No.: 0044460
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Chris@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Brian C. Frontino**
Brian C. Frontino
Florida Bar No.: 95200
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Ave., Suite 1600
Miami, FL 33131-3075
Tel.: (305) 415-3000
Brian.frontino@morganlewis.com
*Attorney for Defendant Goldman Sachs Bank USA*

**/s/ Maritza A. Reilly**
Maritza A. Reilly
Florida Bar No.: 715581
MARITZA A. REILLY
44 West Flagler Street
Miami, FL 33130
Tel.: (305) 379-0400
mar@lgplaw.com
*Attorney for Defendant Wells Fargo Bank, N.A.*

**/s/ Sara L. Solano**
Sara L. Solano
Florida Bar No.: 117966
BURR & FORMAN LLP
200 E. Broward Blvd., Suite 1020
Ft. Lauderdale, FL 33301
Tel.: (954) 414-6200
ssolano@burr.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

**/s/ Giselle Gonzalez Manseur**
Giselle Gonzalez Manseur
Florida Bar No.: 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Ave., Suite 1420
Miami, FL 33131
Tel.: (786) 587-1046
gmanseur@kasowitz.com
*Attorney for Defendant Experian Information Solutions, Inc.*